FILED

03/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0242

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 20-0242

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JOURNEY RYDER JOHN WIENKE,

      Defendant and Appellant.

# ORDER

Counsel for Appellant has filed an unopposed motion for leave to file an out-of-time motion to extend the deadline for filing of the Reply Brief in this matter. Wienke's reply was originally due on March 3, 2022. The State does not oppose Wienke's motion.

THEREFORE, no good cause appearing otherwise, Wienke's Motion is GRANTED. Counsel for Wienke shall prepare and file the Reply Brief in this matter on or before April 3, 2022. No additional requests for extension shall be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 9 2022